**DAVID J. HARRIS, ESQUIRE**
ATTORNEY FOR THE DEBTORS
Pa. S. Ct. No:. 48558
FL Bar No.: 0451207

**LAW OFFICE**
**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone (570) 823-9400**
**Facsimile (570) 208-1400**
**E-Mail dh@lawofficeofdavidharris.com**
_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| AMANDA M. DAUBERT | : | Chapter 13 |
| | : | Case No.: 5:14-bk-04578 |
| Debtor | : | |

_____

**CERTIFICATE OF SERVICE**
_____

    I, David J. Harris, Esquire, hereby certify that on the 28th day of February, 2018, I served by facsimile, a true and correct copy of the Wage Attachment Application and Proposed Order in the above matter on the following parties in this matter:

| *Name and Address* | *Mode of Service* |
|---|---|
| Dolgencorp, LLC | First Class Mail |
| Attn: Payroll Department | |
| 100 Mission Ridge | |
| Goodlettsville, TN 37072 | |

    I certify under penalty of perjury that the foregoing is true and correct.

                                          By:    /s/ David J. Harris, Esquire____
Date: February 28, 2018                            DAVID J. HARRIS, ESQUIRE