```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 14-04578-JJT
Amanda M. Daubert                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AGarner     Page 1 of 1     Date Rcvd: Feb 28, 2018
                     Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.
         +Dolgencorp, LLC,    Attn: Payroll Department,    100 Mission Ridge,    Goodlettsville, TN 37072-2171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         David J. Harris    on behalf of Debtor 1 Amanda M. Daubert dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com
         Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         Recovery Management Systems Corporation    claims@recoverycorp.com
         Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                               TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

AMANDA M. DAUBERT : Chapter 13
: Case No.: 5:14-bk-04578
Debtor :

___

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**
___

Upon consideration of the Motion for an Order Approving Wage Attachment directed to the Employer of Amanda M. Daubert, and upon further consideration of the Debtor's counsel's representation that the Debtor's Employer has consented to a wage attachment, it is

ORDERED THAT the Debtor's Employer, Dolgencorp, LLC, is hereby directed to deduct from the Debtor's wages, beginning with the next pay period following the Employer's receipt of this Order, the **$67.57** from her weekly paycheck **(but not more than four deductions per month so that in no event will there be more than $270.26 deducted from the Debtor's paychecks in any given month)**

The sums so deducted are to be remitted to:

Charles J. DeHart, III, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

NOTE: All payments sent to the Chapter 13 Trustee shall contain a notation of Debtor's name and case number 5:14-bk-04578.

| | | | |
|---|---|---|---|
| Attorney: | David J. Harris, Esquire<br>Suite 700 – 69 Public Square<br>Wilkes-Barre, PA 18701 | Employer: | Dolgencorp, LLC<br>Attn: Payroll Department<br>100 Mission Ridge<br>Goodlettsville, TN 37072 |
| Debtor: | Amanda M. Daubert<br>148 Weaver Street<br>Noxen, PA 18636 | Trustee: | Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>P.O. Box 7005<br>Lancaster, PA 17604 |

Dated: February 28, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)