In re:  
Amanda M. Daubert  
    Debtor

Case No. 14-04578-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: CGambini      Page 1 of 1      Date Rcvd: Apr 11, 2019  
                       Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.  
db            +Amanda M. Daubert,    148 Weaver Street,    Noxen, PA 18636-7836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:

            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
            David J. Harris    on behalf of Debtor 1 Amanda M. Daubert   dh@lawofficeofdavidharris.com,  
             davidharrisesqign@gmail.com  
            Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            Recovery Management Systems Corporation    claims@recoverycorp.com  
            Steven P. Kelly    on behalf of Creditor    M&T BANK skelly@sterneisenberg.com,  
             bkecf@sterneisenberg.com  
            Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
            William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,  
             bkecf@sterneisenberg.com  
                                                                                                                              TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Amanda M. Daubert, | Chapter 13 |
| **Debtor 1** | Case No.   5:14–bk–04578–RNO |

Social Security No.:
    xxx–xx–3142

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  April 11, 2019

By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

**fnldec** (05/18)